# EXHIBIT "A"

1/7/22, 9:39 AM        Case 5:22-cv-00010-OLG   Document 1-1    Filed 01/07/22   Page 2 of 2
public.co.comal.tx.us/CaseDetail.aspx?CaseID=1007518

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                              Location : Comal   Help

# REGISTER OF ACTIONS
## CASE NO. C2021-1409C

| | | |
|---|---|---|
| JANESSA GONZALEZ, OLIVIA GONZALEZ, MADISON GONZALEZ vs. JASMIN GRAHOVIC, KY EXPRESS LLC | § § § § § | Case Type: Injury or Damage - Motor Vehicle<br>Date Filed: 08/30/2021<br>Location: 274th District Court |

---

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **GRAHOVIC, JASMIN**<br>2441 Stonebridge Ln<br>Bowling Green, KY 42101 | |
| **Defendant** | **KY EXPRESS LLC**<br>2722 Russelville Rd.<br>Bowling Green, KY 42101 | |
| **Plaintiff** | **GONZALEZ, JANESSA** | DAVID L. TREAT<br>*Retained*<br>210-227-2200(W) |
| **Plaintiff** | **GONZALEZ, MADISON** | DAVID L. TREAT<br>*Retained*<br>210-227-2200(W) |
| **Plaintiff** | **GONZALEZ, OLIVIA** | DAVID L. TREAT<br>*Retained*<br>210-227-2200(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 08/30/2021 | ORIGINAL PETITION (OCA) | |
| 08/30/2021 | REQUEST FOR PROCESS | |
| 09/01/2021 | CITATION | |
| 09/01/2021 | Citation | |
| |     GRAHOVIC, JASMIN | Unserved |
| 09/01/2021 | CITATION | |
| 09/01/2021 | Citation | |
| |     KY EXPRESS LLC | Unserved |
| 12/08/2021 | AMENDED PETITION | |
| 12/08/2021 | REQUEST FOR PROCESS | |
| 12/09/2021 | CITATION | |
| 12/09/2021 | Citation | |
| |     GRAHOVIC, JASMIN | Unserved |
| |     KY EXPRESS LLC | Unserved |
| 12/13/2021 | CITATION | |
| 12/13/2021 | Citation | |
| |     GRAHOVIC, JASMIN | Unserved |
| 01/04/2022 | ANSWER | |
| 01/06/2022 | ANSWER | |
| 01/06/2022 | ANSWER | |

---

### FINANCIAL INFORMATION

**Plaintiff** GONZALEZ, JANESSA
Total Financial Assessment     396.50
Total Payments and Credits     396.50
**Balance Due as of 01/07/2022**     **0.00**

| | | | | |
|---|---|---|---|---|
| 08/31/2021 | Transaction Assessment | | | 374.50 |
| 08/31/2021 | EFile Electronic Payment - Texfile | Receipt # 2021-187600 | GONZALEZ, JANESSA | (374.50) |
| 12/09/2021 | Transaction Assessment | | | 22.00 |
| 12/09/2021 | EFile Electronic Payment - Texfile | Receipt # 2021-189772 | GONZALEZ, JANESSA | (22.00) |