UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OLIVIA GONALEZ AS NEXT FRIEND FOR JANESSA GONZALEZ AND MADISON GONZALEZ, <br><br> PLAINTIFF, <br><br> VS. <br><br> JASMIN GRAHOVIC & KY EXPRESS, LLC, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 5:22-cv-00010 |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND RELEASE OF ALL CLAIMS ON BEHALF OF A MINOR AND DISMISSAL WITH PREJUDICE**

Plaintiffs Janessa Gonzalez and Olivia Gonzalez, individually and as next friend of Madison Gonzalez (collectively the "Plaintiffs") and Defendants Jasmin Grahovic and KY Express, LLC (collectively the "Defendants") respectfully move the Court to enter an Order approving the Settlement and Release Agreement on behalf of minor Madison Gonzalez and dismissing any and all claims between Plaintiffs and Defendants with prejudice.

## I.   INTRODUCTION

Plaintiffs and Defendants have reached an agreement regarding all claims asserted in the above-referenced matter, and all matters of controversy in this lawsuit have been resolved. Accordingly, Plaintiffs and Defendants respectfully request that this Court approve the Settlement and Release Agreement on behalf of minor Madison Gonzalez and that all claims and causes of action asserted in this lawsuit be dismissed with prejudice to refiling of same or any part thereof, and that all costs and attorney's fees be taxed against the party incurring the same.

272155705

## II.     BACKGROUND

In this personal injury lawsuit, Plaintiffs allege that Defendants caused minor Plaintiffs, Janessa Gonzalez ("Janessa") and Madison Gonzalez ("Madison"), injuries as the result of a motor vehicle accident on December 20, 2019 (the "Accident"). *Plaintiff's First Amended Petition* at 3. Defendants deny Plaintiffs' allegations.

The parties attended mediation on November 8, 2022, and resolved all claims and matters of controversy in this lawsuit. *See Alternative Dispute Resolution Summary* (Dkt. 15). Mr. Bart Brzozowski of the Law Office of Bart Brzozowski was appointed as guardian *ad litem* for minor plaintiffs by this Court on January 19, 2023. *See Order Appointing Guardian Ad Litem* (Dkt. 18). During the course of this case, Janessa Gonzalez attained the age of majority. Therefore, only Madison Gonzalez's settlement with Defendants must be approved by this Court.

## III.    PROPOSED SETTLEMENT TERMS FOR MINOR MADISON GONZALEZ

In exchange for the releases and covenants contained in the Settlement and Release Agreement and other good and valuable consideration received, Defendants agree to pay or cause to be paid to Plaintiffs the Settlement Amounts as described in the Guardian *Ad Litem* Report of Mr. Brzozowski.[1]

Plaintiff's counsel has explored, and researched options relating to investment of the Madison Gonzalez's settlement funds and has discussed investment opportunities with her legal guardians. To best protect Madison Gonzalez's interests, her legal guardian, attorney, and guardian *ad litem* agree the settlement funds payable to Madison Gonzalez should be placed in the registry of the Court until such time as Madison Gonzalez turns the age of eighteen and/or upon further order of the Court.

---

[1] A copy of Mr. Brzozowski's Guardian *Ad Litem* Report, approving of the Settlement and Release Agreement is attached to the parties' Motion for Leave to File Under Seal as **Exhibit A**.

272155705

Mr. Brzozowski reviewed the Settlement and Release Agreement and approved of the terms stated above as being in the best interest of Madison Gonzalez.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Parties pray this Court grant their Joint Motion for Approval of Settlement and Release of All Claims on Behalf of a Minor and Dismissal with Prejudice and such other and further relief, at law or in equity, to which they may show themselves justly entitled.

272155705

Respectfully submitted,

**CLARK HILL PLC**
2301 Broadway
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (fax)

By: */s/ Stephen T. Dennis*
    **STEPHEN T. DENNIS**
    State Bar No. 24040795
    sdennis@clarkhill.com
    **FRANK SCAGLIONE**
    State Bar No. 24096184
    fscaglione@clarkhill.com

**ATTORNEYS FOR DEFENDANTS JASMIN GRAHOVIC AND KY EXPRESS, LLC**

AND

**DAVIS LAW FIRM**
10500 Heritage Blvd. #102
San Antonio, Texas 78216
(210) 444-4444

By: */s/ David L. Treat with permission*
    **DAVID L. TREAT**
    Texas Bar No. 20205300
    Davidt@davislaw.com

**ATTORNEYS FOR PLAINTIFFS OLIVIA GONZALEZ AS NEXT FRIEND FOR JANESSA GONZALEZ AND MADISON GONZALEZ**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    */s/ Stephen T. Dennis*
    **STEPHEN T. DENNIS**

272155705